**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| JOHN ERIC FISHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:25-CV-00269-LAG |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff and notifies the Court of the settlement with Defendant.  All

Plaintiff's claims pled against Defendant  have been resolved.   The parties will file a stipulation

of dismissal as soon as the terms of the settlement are fulfilled.

Respectfully submitted this 25th day of June, 2026.

> **MANLY SHIPLEY, LLP**
>
>
> /s/ *John B. Manly*
> JOHN B. MANLY
> Georgia Bar No. 194011
> JAMES E. SHIPLEY, JR.
> Georgia Bar No. 116508
> *Attorneys for Plaintiff*

Post Office Box 10840
Savannah, Georgia 31412
T: (912) 495-5360
F: (844) 362-4952
john@manlyshipley.com
jim@manlyshipley.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 25th day of June, 2026.

**MANLY SHIPLEY, LLP**


/s/ *John B. Manly*
JOHN B. MANLY
Georgia Bar No. 194011
*Attorney for Plaintiff*

Post Office Box 10840
Savannah, Georgia 31412
T: (912) 495-5360
F: (844) 362-4952
john@manlyshipley.com